IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUGLAS D. HARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-cv-3258 |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 15).  Judge Schanzle-Haskins recommends that this Court allow Defendant Commissioner of Social Security's Motion for Summary Affirmance (d/e 13), deny Plaintiff Douglas Harmon's Motion for Summary Judgment or Remand (d/e 10), and affirm the decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Social Security Income Disability Benefits.

Objections to the Report and Recommendation were due on or before March 11, 2016. Neither party filed objections.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The Court reviews de novo any part of the Report and Recommendation to which a proper objection has been made. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Sys. Corp., 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

Judge Schanzle-Haskins found that the ALJ's decision was supported by substantial evidence. After reviewing the record, the Report and Recommendation, the briefing, and the applicable law, this Court finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

**(1)   The Report and Recommendation (d/e 15) is ADOPTED in its entirety.**

**(2)   Defendant's Motion for Summary Affirmance (d/e 13) is GRANTED, and Plaintiff's Motion for Summary Judgment or Remand (d/e 10) is DENIED.   The Decision of the Commissioner is AFFIRMED.   THIS CASE IS CLOSED.**

ENTER: March 23, 2016

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
